Opinion by HARALSON, J.

---

# Walker v. The State.

APPEAL from Dale Circuit Court.
Tried before the Hon. A. A. EVANS.

SOLLIE & KIRKLAND, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for burglary. It is held in this case that where the house burglarized was a smoke house in which meat was kept and the evidence for the State tended to show that the defendant had taken meat from the smoke house burglarized, it is competent for the State to prove that another person who was *particeps criminis* had knowledge of the house and that it contained meat.

The charges requested by the defendant are held to have been properly refused, on the authority of *Talbert*

*v. State,* 121 Ala. 33; *Roberts v. State, ante,* p. 47; *Peagler v. State,* 110 Ala. 13.

The judgment of conviction is affirmed.